**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Purdue Pharma L.P.  v.  Epic Pharma, LLC

No. 14-1294

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☑ As counsel for: Purdue Pharma L.P., The P.F. Laboratories, Inc., Purdue Pharmaceuticals L.P., and Rhodes Technologies

Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant   ☐ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

Name: Robert J. Goldman
Law firm: Ropes & Gray LLP
Address: 1900 University Avenue, 6th Floor
City, State and ZIP: East Palo Alto, CA 94303
Telephone: 650.617.4000
Fax #: 650.566.4150
E-mail address: robert.goldman@ropesgray.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 07/18/1985

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

February 27, 2014                    /s/ Robert J. Goldman
Date                                 Signature of pro se or counsel

cc: _____

**CERTIFICATE OF SERVICE**

On February 27, 2014, the undersigned caused the foregoing document to be filed electronically using the Court's CM/ECF system, and caused electronic copies of the same to be sent to the following:

Thomas J. Vetter
LUCAS & MERCANTI, LLP
475 Park Avenue South, 15th Floor
New York, NY 10016
tvetter@lmiplaw.com

*Attorney for Defendant/Appellee
Epic Pharma, LLC*

*/s/ Kerstyn Crumb*
Kerstyn Crumb
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA  94303
(650) 617-4000
kerstyn.crumb@ropesgray.com