FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Purdue Pharma L.P.  v.  Epic Pharma, LLC

No. 14-1294

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Purdue Pharma L.P., The P.F. Laboratories, Inc., Purdue Pharmaceuticals L.P., and Rhodes Technologies certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Purdue Pharma L.P., The P.F. Laboratories, Inc., Purdue Pharmaceuticals L.P., and Rhodes Technologies

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Purdue Pharma L.P., The P.F. Laboratories, Inc., Purdue Pharmaceuticals L.P., and Rhodes Technologies

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

ROPES & GRAY LLP -  Kelly L. Baxter, Kerstyn H. Crumb, Barna De, Sona De, Robert J. Goldman, Adrienne P. Hale, Christopher J. Harnett, Pablo D. Hendler, Rebecca R. Hermes, Phillip R. Kurs, Vikram A. Mathrani,  Crystal Lohmann Parker, Matthew E. Prosen, Rebecca L. Rabenstein, Vincent C. Sica, Thomas A. Wang - JONES DAY - John J. Normile, Lynda Q. Nguyen

February 27, 2014              /s/  Robert J. Goldman
    Date                           Signature of counsel
                                Robert J. Goldman
                               Printed name of counsel

Please Note: All questions must be answered
cc: _____

**CERTIFICATE OF SERVICE**

On February 27, 2014, the undersigned caused the foregoing document to be filed electronically using the Court's CM/ECF system, and caused electronic copies of the same to be sent to the following:

Thomas J. Vetter
LUCAS & MERCANTI, LLP
475 Park Avenue South, 15th Floor
New York, NY 10016
tvetter@lmiplaw.com

*Attorney for Defendant/Appellee
Epic Pharma, LLC*

                                          */s/  Kerstyn Crumb*
                                          Kerstyn Crumb
                                          ROPES & GRAY LLP
                                          1900 University Avenue, 6th Floor
                                          East Palo Alto, CA  94303
                                          (650) 617-4000
                                          kerstyn.crumb@ropesgray.com