**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____Purdue Pharma L.P._____ v. _____Epic Pharma, LLC_____

No. 14-1294

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Epic Pharma, LLC
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant
[ ] Appellant     [✓] Appellee       [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Thomas J. Vetter |
| Law firm: | Lucas & Mercanti, LLP |
| Address: | 30 Broad Street |
| City, State and ZIP: | New York, NY   10004 |
| Telephone: | 212-661-8000 |
| Fax #: | 212-661-8002 |
| E-mail address: | tvetter@lmiplaw.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): May 7, 1987

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| April 8, 2014 | /s/ Thomas J. Vetter |
| Date | Signature of pro se or counsel |

cc: _____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ENTRY OF APPEARANCE of Thomas J. Vetter, counsel for Appellee Epic Pharma, LLC, was served April 8, 2014, on counsel of record for the Appellants Purdue Pharma L.P. et al. through the court's electronic filing system.

/s/ Thomas J. Vetter
Thomas J. Vetter

Lucas & Mercanti, LLP
30 Broad Street
New York, NY 10004
Tel:   (212) 661-8000
Fax:   (212) 661-8002
Email:   tvetter@lmiplaw.com

*Attorneys for Appellee*
*Epic Pharma, LLC*