NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P., AND RHODES TECHNOLOGIES,**
*Plaintiffs-Appellants,*

v.

**EPIC PHARMA, LLC,**
*Defendants-Appellees.*

---

2014-1294

---

Appeal from the United States District Court for the Southern District of New York in No. 1:13-cv-00683-SHS, Judge Sidney H. Stein.

-------------------------------------------------------------------------

**PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P., AND RHODES TECHNOLOGIES,**
*Plaintiffs-Appellants,*

v.

**MYLAN PHARMACEUTICALS INC. AND MYLAN**

**INC.,**
*Defendants-Appellees.*

———————————

2014-1296

———————————

Appeal from the United States District Court for the Southern District of New York in No. 1:12-cv-02959-SHS, Judge Sidney H. Stein.

-------------------------------------------------------------------

**PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P., RHODES TECHNOLOGIES, AND GRUNENTHAL GMBH,**
*Plaintiffs-Appellants,*

v.

**AMNEAL PHARMACEUTICALS, LLC,**
*Defendant-Appellee.*

———————————

2014-1306, -1307

———————————

Appeals from the United States District Court for the Southern District of New York in No. 1:11-cv-08153-SHS, Judge Sidney H. Stein.

-------------------------------------------------------------------

**GRUNENTHAL GMBH, PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P., AND RHODES TECHNOLOGIES,**

*Plaintiffs-Appellants,*

v.

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Appellee.*

─────────────────

2014-1311, -1312, -1313, -1314

─────────────────

Appeals from the United States District Court for the Southern District of New York in Nos. 1:11-cv-02037-SHS and 1:12-cv-05083-SHS, Judge Sidney H. Stein.

─────────────────

**ON MOTION**

─────────────────

**O R D E R**

Purdue Pharma L.P., The P.F. Laboratories, Inc., Purdue Pharmaceuticals L.P., Rhodes Technologies, and Grunenthal GmbH (collectively, "Purdue") have notified the court of objections to the official caption.

Upon consideration thereof,

IT IS ORDERED THAT:

The revised official caption is reflected above.

4                      PURDUE PHARMA L.P. v. EPIC PHARMA, LLC

                                 FOR THE COURT

                                 /s/ Daniel E. O'Toole
                                 Daniel E. O'Toole
                                 Clerk of Court

s30