# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

PURDUE PHARMA, L.P. v. EPIC PHARMA, LLC

Nos. 2014-1294; -1296; -1306; -1307; -1311; -1312; -1313; -1314

**Entry of Appearance**

(INSTRUCTIONS:   Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants.  File this form with the clerk and serve it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se        __X__ As counsel for:        **Amici Curiae Donald E. Knebel and Mark D. Janis**

As amicus curiae or intervenor, this party supports (select one):

__X__ Petitioner or appellant   ____ Respondent or appellee

All communications with me should be made as follows:

> **Donald E. Knebel**
> **Center for Intellectual Property Research of Indiana University**
> **Maurer School of Law**
> **211 S. Indiana Avenue**
> **Bloomington, IN  47401**
> **Phone: 317/231-7214**
> **Fax: 317/231-7433**
> **Email: dknebel@btlaw.com**

Statement to be completed by counsel only (select one):

__X__   I am the principal attorney for this party in this case and will accept all service for the party.  I agree to inform all other counsel for the party in this case of the matters served upon me.

_____   I am not the principal attorney for this party in this case.

Date admitted to the Federal Circuit bar (counsel only):   February 21, 1985

This is my first appearance before the U.S. Court of Appeals for the Federal Circuit (counsel only):

_____ yes          __X__ no

Date: October 14, 2014                           */s/Donald E. Knebel*
                                                 Signature of Pro Se or Counsel

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing ENTRY OF APPEARANCE were served upon registered counsel by operation of the Court's CM/ECF system on this 14th day of October, 2014.

*/s/Donald E. Knebel*
Donald E. Knebel