NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P., AND RHODES TECHNOLOGIES,**
*Plaintiffs-Appellants,*

v.

**EPIC PHARMA, LLC,**
*Defendant-Appellee.*

---

**PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P., AND RHODES TECHNOLOGIES,**
*Plaintiffs-Appellants,*

v.

**MYLAN PHARMACEUTICALS INC. AND MYLAN INC.,**
*Defendants-Appellees.*

---

**PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P., RHODES**

**TECHNOLOGIES, AND GRUNENTHAL GMBH,**
*Plaintiffs-Appellants,*

v.

**AMNEAL PHARMACEUTICALS, LLC,**
*Defendant-Appellee.*

------------------------------------------------------------

**GRUNENTHAL GMBH, PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P., AND RHODES TECHNOLOGIES,**
*Plaintiffs-Appellants,*

v.

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Appellee.*

---

2014-1294, -1296, -1306, -1307, -1311, -1312, -1313, -1314

---

Appeals from the United States District Court for the Southern District of New York in Nos. 1:13-cv-00683-SHS, 1:12-cv-02959-SHS, 1:11-cv-08153-SHS, 1:11-cv-02037-SHS, and 1:12-cv-05083-SHS, Judge Sidney H. Stein.

---

**ON MOTION**

---

**O R D E R**

Appellees move for a 60-day extension of time, until January 20, 2015, to file their response briefs. Appellants oppose an extension longer than 30 days.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

                                       FOR THE COURT

                                       /s/ Daniel E. O'Toole
                                       Daniel E. O'Toole
                                       Clerk of Court

s27