NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P. AND RHODES TECHNOLOGIES,**
*Plaintiffs-Appellants,*

v.

**EPIC PHARMA, LLC,**
*Defendant-Appellee.*

---

**PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P. AND RHODES TECHNOLOGIES,**
*Plaintiffs-Appellants,*

v.

**MYLAN PHARMACEUTICALS INC. AND MYLAN INC.,**
*Defendants-Appellees.*

---

**PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P., RHODES**

**TECHNOLOGIES AND GRUNENTHAL GMBH,**
*Plaintiffs-Appellants,*

**v.**

**AMNEAL PHARMACEUTICALS, LLC,**
*Defendant-Appellee.*

---

**GRUNENTHAL GMBH, PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P. AND RHODES TECHNOLOGIES,**
*Plaintiffs-Appellants,*

**v.**

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Appellee.*

---

2014-1294, -1296, -1306, -1307, -1311, -1312, -1313, -1314

---

Appeals from the United States District Court for the Southern District of New York in Nos. 1:11-cv-02037-SHS, 1:11-cv-08153-SHS, 1:12-cv-02959-SHS, 1:12-cv-05083-SHS, and 1:13-cv-00683-SHS, Judge Sidney H. Stein.

---

**ON MOTION**

---

**O R D E R**

Linn, *Circuit Judge.*

Appellee Amneal Pharmaceuticals, LLC moves for reconsideration of the court's December 24, 2014 order denying Amneal's motion to file a response brief separate of Appellee Teva Pharmaceuticals USA, Inc. The appellants oppose.

The court notes that Amneal and Teva no longer appear to be represented jointly in this matter.

Upon consideration thereof,

It Is Ordered That:

The motion for reconsideration is granted. Amneal and Teva each may file a responsive brief, each not to exceed 14,000 words.

For the Court

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31